UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

United States Courts
Southern District of Texas
FILED

JUN 20 2019

David J. Bradley
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| v. § | |
| § | |
| MANUEL ALEJANDRO-GARCIA § | CRIMINAL NUMBER |
| § | |

**V-19-59**

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about May 25, 2019, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

MANUEL ALEJANDRO-GARCIA,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than five hundred (500) grams of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately six (6) (gross weight) kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: _____
PATTI HUBERT BOOTH
Assistant United States Attorney